UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 24-CR-02551-WQH |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| DAYMON BLADE LOPEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Joint Motion to Continue is granted (ECF No. 15) and the Motion Hearing/Trial Setting set for January 27, 2025, is continued to April 1, 2025, at 9:00 a.m.

For the reasons stated in the Joint Motion, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D) (pending motions) and 3161(h)(7) (ends of justice).

Dated: January 23, 2025

*William Q. Hayes*

Hon. William Q. Hayes
United States District Court