UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAYMON BLADE LOPEZ,<br><br>Defendant | CASE NO.  24-CR-02551-WQH<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the joint motion to continue is granted (ECF No. 17), and the Motion Hearing/Trial Setting is continued from April 1, 2025, to May 27, 2025, at 9:00 a.m. Time is excluded pursuant to 18 U.S.C. § 3161(7)(d), and (h)(7) for the reasons stated in the joint motion to continue.

Dated:  March 27, 2025

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court